AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Yohan Germosen

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 2005-M-0413-RBC

I, YOHAN GERMOSEN, charged in a ☑ complaint ☐ petition pending in this District charging me with importation of heroin in violation of 21, U.S.C., 952(a), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☑ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☑ examination ☐ hearing.

MAR 14 2005
Date

_____
Defendant

_____
Counsel for Defendant